**Jessie L. EDWARDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79150**

Missouri Court of Appeals,
Western District.

ORDER FILED: FEBRUARY 7, 2017

Attorneys: Natalie T. Hull, Kansas City, MO, Counsel for Appellant

Attorneys: Richard A. Starnes, Jefferson City, MO, Counsel for Respondent

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, Edward R. Ardini, Jr., Judge

## ORDER

Per Curiam:

Jessie L. Edwards appeals the denial of his Rule 24.035 motion for post-conviction relief after he pleaded guilty to two counts of the class D felony of failure to pay child support pursuant to Section 568.040, RSMo 2000. We affirm. Rule 84.16(b).